```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  CHARLES CHOO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr- 0370 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER RESETTING<br>) DATE FOR JUDGMENT AND SENTENCING |
| CHARLES CHOO, | ) |
| Defendant. | ) Date:  December 11, 2006<br>) Time:  10:00 a.m.<br>) Judge: Hon. Frank C. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for CHARLES CHOO, that the date for judgment and sentencing in the above case currently set for December 11, 2006 be vacated and the matter recalendared for January 22, 2007, at 10:00 a.m. on this court's regular criminal calendar.

This continuance is sought to permit Mr. Choo to arrange for and undergo surgery for a recently discovered hernia.

1     **IT IS SO STIPULATED.**

2

3 December 8, 2006                 /S/ Michelle Rodriguez by jls
                                    Michelle Rodriguez

4                                               Assistant United States Attorney
                                    Counsel for Plaintiff

5

6

7 December 8, 2006                 /S/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels

8                                    Assistant Federal Defender
                                   Counsel for CHARLES CHOO

9

10     **IT IS SO ORDERED.**

11

12 Dated:   December 8, 2006

13

14

15                      _____

16                      FRANK C. DAMRELL, JR.
                     UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Name of Pleading                        -2-