UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                                  RE:    Charles CHOO
                                             Docket Number:   2:06CR00370-01
                                             PERMISSION TO TRAVEL
                                             <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The offender is requesting permission to travel to Kyung Gee, South Korea.  He is current with all supervision obligations, paid his restitution in full and completed home detention.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On 12/11/2006, the offender was sentenced for the offense(s) of 18USC 641-Theft of Government Property (Class C Felony).

**Sentence imposed:**   60 months probation; $100 special assessment; $50.887.20 restitution.  Special conditions include not dissipate assets; financial disclosure; not incur new credit charges; participate in mental health treatment program; home detention for 180 days; aftercare co-payment.

**Dates and Mode of Travel:**  He will purchase airline tickets to fly sometime between September 17, 2007 and November 1, 2007.

**Purpose:**  He is requesting permission to travel and visit his 80 year old mother who fell and broke her hip.  He would also like to visit his four brothers and one sister.

**RE:   Charles CHOO**
       **Docket Number:   2:06CR00370-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Kyriacos M. Simonidis for
**TONI M. ORTIZ**
**United States Probation Officer**

**DATED:**   September 10, 2007
            Sacramento, California

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      XXXXX                   Disapproved  _____

  September 11, 2007
**Date**                              **FRANK C. DAMRELL, JR.**
                                      **United States District Judge**