# RECOMMENDATION TERMINATING PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:06CR00370-01 |
| ) | |
| CHARLES CHOO ) | |

**LEGAL HISTORY:**

On December 11, 2006, the above-named was placed on probation for a period of five years. Special conditions included a requirement for: Not dispose or dissipate assets until restitution is paid; Financial disclosure; Not incur new credit charges or open additional lines of credit; Participate in a program of mental health treatment; Comply with conditions of home detention for a period of 180 consecutive days; and Aftercare co-payment.

**SUMMARY OF COMPLIANCE:**

Mr. Choo is currently being supervised by the Central District of California. Mr. Choo has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. Mr. Choo has paid his restitution in full and has successfully completed his 180 days of home detention. He is currently employed. It is the opinion of the probation officer that Mr. Choo has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

**Re:     Charles CHOO**
**Docket Number:   2:06CR00370-01**
**RECOMMENDATION TERMINATING**
**PROBATION PRIOR TO EXPIRATION DATE**

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:      December 21, 2007
            Sacramento, California
            TMO/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

TMO/cp
cc:     AUSA Michelle Rodriguez (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

**Re:   Charles CHOO**
**Docket Number:   2:06CR00370-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

PROB 35                    **ORDER TERMINATING PROBATION**
                           **PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                    ) | **Docket Number:   2:06CR00370-01** |
| ) | |
| **CHARLES CHOO**              ) | |
| ) | |

On December 11, 2006, the above-named was placed on probation for a period of five years.  Mr. Choo has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,


/s/Kyriacos M. Simonidis for
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:        January 14, 2008
              Sacramento, California
              TMO/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis

              **KYRIACOS M. SIMONIDIS**
              **Supervising United States Probation Officer**

**Re:   Charles CHOO**
      **Docket Number:   2:06CR00370-01**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 January 18, 2008
**Date**

**FRANK C. DAMRELL, JR.**
**United States District Judge**


Attachment:   Recommendation
cc:     United States Attorney's Office